64 A.3d 513

IN THE MATTER OF MITCHEL TARTER, AN ATTORNEY
AT LAW (ATTORNEY NO. 011262003).

April 3, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court
pursuant to *Rule* 1:20–15(k) a recommendation in DRB 13–059
that **MITCHEL TARTER** of **METUCHEN,** who was admitted to
the bar of this State in 2003, be suspended from the practice of
law and compelled to pay a monetary sanction to the Disciplinary
Oversight Committee for failure to comply with the Stipulation of
Settlement entered into with the District VIII Fee Arbitration
Committee in Docket No. VIII–2011–0049F, and good cause ap-
pearing;

It is ORDERED that **MITCHEL TARTER** be temporarily
suspended from the practice of law, effective May 1, 2013, and
until respondent complies with the Stipulation of Settlement with
the District VIII Fee Arbitration Committee in Docket No. VIII–
2011–0049F and pays a sanction of $500 to the Disciplinary
Oversight Committee; provided, however, this Order shall be
vacated automatically if prior to the effective date of the suspen-
sion, the Disciplinary Review Board reports to the Court that
respondent has satisfied all obligations under this Order; and it is
further

ORDERED that if respondent seeks to be heard on this matter,
he shall file with the Clerk of the Court within ten days of the file
date of this Order a written request for the issuance of an Order
to Show Cause; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20.